Jeffrey Redfern*
jredfern@ij.org
Suranjan Sen*
ssen@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
703.682.9320

*Admitted pro hac vice.*

Luke Hasskamp (280872)
luke.hasskamp@bonalawpc.com
Jarod Bona (234327)
jarod.bona@bonalawpc.com
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Pena,<br><br>                    *Plaintiff,*<br>          v.<br><br>City of Los Angeles, California,<br><br>                    *Defendants*. | Case No.: 2:23-cv-05821-JFW-MAA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Date: March 25, 2024<br>Time: 1:30 p.m.<br>Pre-Trial Conference: June 25, 2024<br>Trial: June 7, 2024<br>Courtroom: 7A (First St. Courthouse)<br>Judge: Hon. John F. Walter |

**TO THE HONORABLE COURT, DEFENDANT AND COUNSEL:**

PLEASE TAKE NOTICE that on March 25, 2024, at 1:30 p.m. in Courtroom 7A before the Honorable John F. Walter of the United States District Court, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff **CARLOS PENA** ("Plaintiff") will, and hereby does, move for partial summary judgment with regard to liability on all his claims pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff's motion is made on the ground that there is no genuine dispute as to any material fact and that Plaintiff is entitled to judgment as a matter of law on all his claims.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities; Statement of Undisputed Material Facts; Declarations (with attached exhibits) of Jeffrey Redfern and Carlos Pena; the parties' Stipulation to Facts; all pleadings and papers on file in this action; and upon such other argument and additional evidence as may be presented to the Court prior to or at the time of hearing.

Consistent with the Court's standing order on civil motions, this motion is made following the virtual conference of counsel pursuant to L.R. 7-3 which took place on Monday, February 19, 2024, and by email to discuss the substance of their respective motions for summary judgment. They were unable to come to a resolution and have exhausted those efforts.

Dated: February 26, 2024.

/s/ Jeffrey Redfern
Jeffrey Redfern*
jredfern@ij.org
Suranjan Sen*
ssen@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
703.682.9320

*Admitted pro hac vice.*
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, a true and correct copy of the foregoing *Plaintiff's Motion for Summary Judgment* was served via e-mail on the following counsel of record:

Hydee Feldstein Soto, City Attorney

Denise C. Mills, Chief Deputy City Attorney (SBN 191992)

Scott Marcus, Chief Assistant City Attorney (SBN 184980)

Cory M. Brente, Senior Assistant City Attorney (SBN 115453)

Surekha A. Shepherd, Deputy City Attorney (SBN 193206)

200 N Main Street, 6th Floor, City Hall East

Los Angeles, CA 90012

Phone No.: (213) 978-7036

Fax No.: (213) 978-8785

Email: Surekha.Shepherd@lacity.org

*Counsel for Defendants*

> /s/ Jeffrey Redfern
> Jeffrey Redfern
> *Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT