**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | | |
|---|---|---|
| Case No. | **CV 23-5821-JFW(MAAx)** | Date: April 2, 2024 |
| Title: | Carlos Pena -v- City of Los Angeles, California | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S REQUEST FOR ENTRY OF JUDGMENT IN LIGHT OF COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [filed 3/29/24; Docket No. 57]

On March 29, 2024, Defendant City of Los Angeles ("Defendant") filed a Request for Entry of Judgment in Light of Court's Order Denying Plaintiff's Motion for Partial Summary Judgment ("Request").  On April 1, 2024, Plaintiff Carlos Pena ("Plaintiff") filed his Statement Regarding Defendant's Request for Entry of Judgment ("Statement").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

In its Request, Defendant seeks to have the Court enter judgment "on its behalf in this action and the case be ordered dismissed."  Request, 2:5-6.  Defendant argues that Plaintiff cannot maintain his claim for the taking of private property without just compensation in violation of the Fifth Amendment pursuant to 42 U.S.C. § 1983[1], which is the only claim alleged in the Complaint, based on the Court's conclusion in its Order Denying Plaintiff's Motion for Partial Summary Judgment (filed March 25, 2024; Docket No. 55) ("March 25, 2024 Order").  Specifically, Defendant argues that Plaintiff cannot maintain his claim based on the Court's conclusion that "because the damage to Plaintiff's show was caused by the LAPD SWAT team's use of police power that Plaintiff concedes was reasonable, it did not constitute a taking for purposes of the Fifth Amendment."

---

[1] In the Complaint, Plaintiff mistakenly cites to 28 U.S.C. § 1983 instead of 42 U.S.C. § 1983.

In his Statement, Plaintiff states that "[g]iven the substance of the ruling [in the March 25, 2024 Order], Plaintiff agrees that entry of final judgment on behalf of the Defendant is appropriate so that Plaintiff may file a notice of appeal." Statement, 1:28-2:2.

Accordingly, in light of the parties' agreement that final judgment should be entered in favor of Defendant, Defendant's Request is **GRANTED**. The parties are ordered to meet and confer and agree on a joint proposed Judgment which is consistent with this Order. The parties shall lodge the joint proposed Judgment with the Court on or before April 9, 2024.

IT IS SO ORDERED.