JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Pena<br><br>        Plaintiff(s),<br><br>v.<br><br>City of Los Angeles, California<br><br>        Defendant(s). | **Case No. 2:23-cv-05821 JFW (MAAx)**<br>*Hon. John F. Walter, Ctrm 7A, 1st Street*<br>*Mag. Judge Maria A. Audero, Ctrm 880, 8th Fl., Roybal*<br><br>**PLAINTIFF CARLOS PENA'S AND DEFENDANT CITY OF LOS ANGELES'S STIPULATED JUDGMENT** |

    In light of the Court's March 25, 2024 Order Denying Plaintiff's Motion for Partial Summary Judgment (PACER Document 55), Plaintiff cannot maintain his 42 U.S.C. § 1983[1] claim under the Fifth Amendment to the U.S. Constitution for Taking of Private Property Without Just Compensation, which is the only claim alleged in the Complaint against Defendant City of Los Angeles. The parties have filed a proposed stipulated judgment to be entered by this Court in accordance with this Court's minute order dated April 2, 2024. (Dkt. 59).

    Accordingly, it is ordered and adjudged that judgment be entered on behalf of Defendant City of Los Angeles in this action.

    All future dates in this action are hereby vacated.

**IT IS SO ORDERED.**

**DATED: April 3, 2024**

                                                           **THE HONORABLE JOHN F. WALTER**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff mistakenly cites to 28 U.S.C. § 1983 in the Complaint.